UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAIMELY GUINIGUNDO,

Plaintiff,

v.                                      Case No: 6:20-cv-874-Orl-18LRH

SUNTRUST BANKS, INC. and
ARC HR5MCFL001, LLC,

Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Report and Recommendation of the United States Magistrate Judge Leslie R. Hoffman, (Doc. 42), recommending that Plaintiff's Motion for Relief from Case Management and Scheduling Order Deadlines, or In The Alternative, Motion to Dismiss (Doc. 37), filed on March 12, 2021, be granted in part, and denied as moot in part. Additionally, that Defendants' Motion for Extension of Time to Respond to Plaintiff's Discovery Requests (Doc. 39), filed on March 26, 2021, should be denied as moot.

Thereafter, on April 15, 2021, Defendants filed their Objections to the Magistrate's Report and Recommendations (Doc. 43). On April 19, 2021, Plaintiff

filed a Motion to File Response to Defendants' Objection to Report and Recommendation (Doc. 44).

Having reviewed and considered the Report and Recommendation (Doc. 42) entered on April 1, 2021, as well as Defendant's Objections thereto (Doc. 43), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 42) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Relief from Case Management and Scheduling Order Deadlines, or In The Alternative, Motion to Dismiss (Doc. 37), filed on March 12, 2021, is Granted in part, **DISMISSING THIS CASE WITHOUT PREJUDICE** with no terms or conditions.

3. Plaintiff's Motion for Extension of Time or, alternatively, Dismissal without prejudice (Doc. 37), is **DENIED AS MOOT** in all other respects.

4. Defendants' Motion for Extension of Time (Doc. 39) is **DENIED AS MOOT**.

5. Plaintiff's Motion to File Response to Defendants' Objection to Report and Recommendation (Doc. 44), is **DENIED AS MOOT**.

5. The Clerk of the Court is directed to **ENTER JUDGMENT ACCORDINGLY,** and to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this ___23___ day of April, 2021.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record